```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  SAMUEL WONG
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone:  (916) 554-2700
```



**FILED**

SEP 2 2011



CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
            DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. S-08-CR-500 EJG |
|---|---|---|
| Plaintiff, | ) | FINAL ORDER OF FORFEITURE |
| v. | ) | |
| DONALD WOODWORTH PARKER, | ) | |
| Defendant. | ) | |

WHEREAS, on or about May 10, 2011, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 16 U.S.C. § 470gg(b) and 28 U.S.C. § 2461(c), based upon the plea agreement entered into between plaintiff and defendant Donald Woodworth Parker forfeiting to the United States the following property:

       a. 4 worked stone tools, one piece quartz (4 pieces total),
       b. Riker mounts with artifacts (20 pieces total),
       c. 2 Riker mounts with points and flakes (22 pieces total),
       d. Obsidian chunk with flakes (4 pieces total),
       e. Box of obsidian hand tools and flakes (65 pieces total), and
       f. Assorted lithic flakes in small can, pie tin, plastic tub (50 pieces total).

1 | AND WHEREAS, beginning on June 4, 2011, for at least 30
2 | consecutive days, the United States published notice of the
3 | Court's Order of Forfeiture on the official internet government
4 | forfeiture site www.forfeiture.gov. Said published notice
5 | advised all third parties of their right to petition the Court
6 | within sixty (60) days from the first day of publication of the
7 | notice for a hearing to adjudicate the validity of their alleged
8 | legal interest in the forfeited property;

9 | AND WHEREAS, the Court has been advised that no third party
10 | has filed a claim to the subject property, and the time for any
11 | person or entity to file a claim has expired.

12 | Accordingly, it is hereby ORDERED and ADJUDGED:

13 | 1. A Final Order of Forfeiture shall be entered forfeiting
14 | to the United States of America all right, title, and interest in
15 | the above-listed property pursuant to 16 U.S.C. § 470gg(b) and 28
16 | U.S.C. § 2461(c), to be disposed of according to law, including
17 | all right, title, and interest of Donald Woodworth Parker.

18 | 2. All right, title, and interest in the above-listed
19 | property shall vest solely in the name of the United States of
20 | America.

21 | 3. The United States Bureau of Land Management shall
22 | maintain custody of and control over the subject property until
23 | it is disposed of according to law.

24 | SO ORDERED this __1st__ day of __Sept__, 2011.

EDWARD J. GARCIA
United States District Judge

2     Final Order of Forfeiture